IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WATSON LABORATORIES, INC., ) <br> ) <br> Defendant. ) <br> ——————————————————— ) <br> ) <br> ALCON RESEARCH, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUPIN LTD. and LUPIN ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) | C.A. No. 15-1159-GMS-SRF <br> (CONSOLIDATED) |

### STIPULATION AND ORDER REGARDING PRETRIAL EXCHANGES

WHEREAS, the deadline for submitting the Proposed Pretrial Order to the Court is September 1, 2017 (Oral Order, Feb. 14, 2017);

WHEREAS, Plaintiff Alcon research, Ltd., Defendant Watson Laboratories, Inc., Defendant Lupin Ltd., and Defendant Lupin Pharmaceuticals, Inc. (collectively "the Parties") have negotiated dates for exchange of pretrial documents in order to timely file the Proposed Pretrial Order;

WHEREAS, the only issue remaining for trial is the invalidity of the asserted claims of U.S. Patent Nos. 8,791,154 and 9,533,053, an issue on which Defendants bear the burden of proof;

WHEREAS, the Parties agree that Defendants should be first to present their case-in-chief at trial given Defendants' burden on invalidity, with an opportunity to present responsive evidence limited to unexpected results after Plaintiff presents their affirmative evidence on that issue;

WHEREAS, the Parties agree that because Defendants should be first to present their case-in-chief at trial Defendants should similarly be the first to provide their proposed Statement of Contested Issues of Fact, proposed Statement of Contested Issues of Law, and proposed Findings of Fact and Conclusions of Law during the preparation of the Parties' pretrial submissions;

NOW THEREFORE, the Parties, by their undersigned counsel, STIPULATE as follows:

1. Subject to the approval of the Court, Defendants shall present their case-in-chief first, with Plaintiff then presenting its responsive case, including affirmative evidence of unexpected results, and Defendants then presenting their responsive case concerning unexpected results.

2. The parties shall exchange their draft pretrial submissions in accordance with the schedule set forth below.

3. No other deadlines shall be affected.

| Event | Date |
|---|---|
| Plaintiff circulates a draft of the shell of the pretrial order, including trial procedures and:<br>• Nature of the case<br>• Jurisdiction<br>• Proposed Statement of Uncontested Facts<br>• List of Proposed Evidentiary Issues to be raised by Plaintiff<br>• Waiver of any claims or defenses | August 9, 2017 |

| Event | Date |
|---|---|
| Defendants provide their:<br>• Portions of the pretrial order for which it bears the burden of proof:<br>   o Statement of Contested Issues of Fact<br>   o Statement of Contested Issues of Law<br>   o Defendants Comments to the Proposed Statement of Uncontested Facts<br>   o Proposed Findings of Fact and Conclusions of Law<br>   o List of Evidentiary Issues to be Raised by Defendants<br>   o Waiver of any claims or defenses<br><br>Parties exchange:<br>• Expert and non-expert witnesses they expect to call | August 15, 2017 |
| Parties exchange initial exhibit lists, deposition designations, and objections to witness lists | August 17, 2017 |
| Both parties exchange pre-marked exhibits via FTP link | August 18, 2017[1] |
| Parties meet and confer regarding witness lists and evidentiary issues raised by the parties<br><br>Plaintiff provides:<br>• Statement of Issues of Contested Fact<br>• Statement of Issues of Contested Issues of Law<br>• Proposed Findings of Fact and Conclusions of Law<br>• Plaintiff's Comments and/or Edits to Defendants Comments to the Proposed Statement of Uncontested Facts | August 23, 2017 |
| Both parties provide:<br>• Objections to exhibit lists;<br>• Objections and counter-designations to deposition designations;<br>• Any other comments and rebuttal information on exchanged drafts of pretrial order, including Defendants' response to the pretrial order shell and sections circulated by Plaintiff, to the extent not already provided. | August 25, 2017 |

---

[1] The parties will endeavor to include all exhibits on the date scheduled for the initial exchange of exhibit lists. To the extent additional exhibits are added after that date, the parties shall include the proposed exhibits in the correspondence in which it identifies such additional exhibits.

| Event | Date |
|---|---|
| Parties exchange objections to the deposition counter-designations and counter-counter-designations<br><br>Defendants provide:<br>• Responsive edits and rebuttal information to Proposed Findings of Fact and Conclusions of Law | August 28, 2017 |
| Parties exchange objections to deposition counter-counter-designations<br><br>Parties meet and confer telephonically to work out any remaining issues on the final pretrial order, if necessary | August 30, 2017 |
| Plaintiff files joint proposed final pretrial order<br><br>Deadline to give § 282 notice | September 1, 2017 |

OF COUNSEL:

Adam L. Perlman
Thomas H.L. Selby
Christopher J. Mandernach
Joelle P. Justus
Christopher A. Suarez
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone: 202-434-5000
Facsimile: 202-434-5029

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff Alcon Research, Ltd.*

| | |
|---|---|
| OF COUNSEL:<br><br>Mark D. Schuman<br>Todd S. Werner<br>Caroline L. Marsili<br>Shelleaha L. Jonas<br>CARLSON, CASPERS, VANDENBURGH,<br>LINDQUIST & SCHUMAN, P.A.<br>225 South Sixth Street, Suite 4200<br>Minneapolis, Minnesota 55402<br>(612) 436-9600 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Robert M. Vrana<br>_____<br>Melanie K. Sharp (No. # 2501)<br>Robert M. Vrana (No. # 5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendant Watson Laboratories, Inc.* |
| OF COUNSEL:<br><br>Sailesh K. Patel<br>Imron T. Aly<br>SCHIFF HARDIN LLP<br>233 S. Wacker Dr., Suite 6600<br>Chicago, IL 60606<br>(312) 258-5500<br><br>John K. Hsu<br>SCHIFF HARDIN LLP<br>901 K. Street NW, Suite 700<br>Washington, DC 20001<br>(202) 778-6400<br><br>Christine W. Feller<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br><br>Dated: July 31, 2017 | HEYMAN ENERIO GATTUSO & HIRZEL LLP<br><br>/s/ Dominick T. Gattuso<br>_____<br>Dominick T. Gattuso (# 3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

**SO ORDERED:**

This ____ day of _____, 2017.

_____
The Honorable Gregory M. Sleet
United States District Judge

5